PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



MAY - 8 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Richard Sheakley Jr.      Case Number: ~~J03-02CR (RRB)~~   1:03-cr-00013-02-RRB

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   June 4, 2004

Original Offense:   Drug Conspiracy

Original Sentence:   46 months jail, three years supervised release

Date Supervision Commenced: May 2, 2007

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall refrain from the unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the discretion of the probation officer.

### CAUSE

The above modification is sought in order to continue drug testing in this case in compliance with *U.S. v. Stephens,* No.04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

Redacted Signature

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date:  May 2, 2007

*Request for Modification of Conditions or Term*
*Name of Offender*    :    Richard Sheakley Jr.
*Case Number*    :    ~~J04-02 CR (RRB)~~ / 1:03-cr-00013-03-RRB

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

Date: May 7, 2007

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

1:03-cr-00013-00-RRB

**U.S.A. v Richard Sheakley Jr.**                     Docket No. ~~J04-02 CR (RRB)~~

I, Richard Sheakley Jr. have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision: The defendant shall obtain an alcohol/drug evaluation and shall follow any recommendations that evaluation makes.

Signed: _[signature]_                     Date: 05-05-07
Richard Sheakley Jr.
Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**          Date: 5-3-07
Travis Lyons
U.S. Probation/Pretrial Services Officer